Decided December 5, 2007

## CAPP INDUSTRIES, INC. *v.* SABINE H. SCHOENBERG ET AL.

## ROBERT V. LARDON ET AL. *v.* JOHN CAPPIALI ET AL.

Decided December 5, 2007

## CAPP INDUSTRIES, INC. *v.* SABINE H. SCHOENBERG ET AL.

## ROBERT V. LARDON ET AL. *v.* JOHN CAPPIALI ET AL.

The cross petition by Capp Industries, Inc., for certification for appeal from the Appellate Court, 104 Conn. App. 101 (AC 27933), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this cross petition.

*Matthew B. Woods*, in support of the cross petition.

*John F. X. Peloso, Jr.*, in opposition.

Decided December 5, 2007